IN THE UNITED STATES DISTRICT COURT OF NASHVILLE, TN

KENNETH ZEBLEY

V                                                    CASE

AUDREY OSKIN

SHANNON CRUTCHER, ESQ

RECEIVED
DEC 10 2024
U.S. District Court
Middle District of TN

COMPLAINT FOR SLANDER

JURISDICTION

1) PURSUANT TO 28 USC 1331 " THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION OF ALL CIVIL ACTIONS ARISING UNDER THE CONSTITUTION, LAW, OR TREATIES OF THE UNITED STATES."

PLAINTIFF, KENNETH ZEBLEY, IS A CITIZEN & RESIDENT OF NASHVILLE, TN AND HAS BEEN FOR MORE THAN SIX MONTHS PRIOR TO FILING OF THE COMPLAINT. THE ACTS COMPLAINED OF WERE COMMITTED IN TENNESSEE WHILE PLAINTIFF WAS A BONA FIDE RESIDENT OF MIDDLE TENNESSEE.

2) THE CO-DEFENDANTS ARE RESIDENTS & CITIZENS OF MIDDLE TENNESSEE AS WELL AS THE UNITED STATES.

## SLANDER DEFINED & APPLIED

1) DEFINED AS DEFAMATION PUBLISHED BY BEING SPOKEN ALOUD. PUBLICATION IS A TERM OF ART MEANING THE COMMUNICATION OF DEFAMATORY MATTER TO A THIRD PERSON. IN THE CASE OF SLANDER, "PUBLICATION" OCCURS WHEN THE DEFAMATORY MATTER IS SPOKEN.

TO RECOVER FOR ORAL DEFAMATION OR SLANDER, ONE MUST PROVE NOT ONLY THE MAKING OF A SLANDEROUS STATEMENT BUT ALSO PUBLICATION OF THE SLANDER, WHICH OCCURS WHEN THE SLANDER IS COMMUNICATED TO ANYONE OTHER THAN THE PERSON SLANDERED. (KURTZ V WILLIAMS 188 GA APP 14(3) 371 SE 2d 878 - 1988)

## ISSUES & FACTS

2) ON OR ABOUT DECEMBER 2023, DEFENDANT CALLED CPS. THE DEFENDANT MADE FALSE & MALICIOUS STATEMENTS ABOUT PLAINTIFF TO CPS EMPLOYEES THAT THE PLAINTIFF ABUSED HIS CHILDREN AND WAS A DRUG-ADDICTED ALCOHOLIC.

PLAINTIFF IS A WAR VETERAN & AERONAUTICS PROFESSIONAL WITH A DEGREE IN AERONAUTICAL SCIENCE & METEOROLOGY. PLAINTIFF IS CURRENTLY ASSISTING VANDERBILT MEDICAL HOSPITAL TRAUMA CENTER, FIREFIGHTERS, AND EMS. PLAINTIFF IS A

RETIRED WAR VETERAN WITH AN HONORABLE DISCHARGE. PLAINTIFF HAS NO CRIMINAL HISTORY AND HAS NO ALCOHOL OR DRUG ISSUE.

CPS CONTACTED THE PLAINTIFF AND INFORMED MR. ZEBLEY OF THE FALSE & MALICIOUS STATEMENTS MADE BY BOTH MS OSKIN AND MR. CRUTCHER. THE CO-DEFENDANTS HAVE CONTACTED THE PLAINTIFF EMPLOYER TO SPREAD MALICIOUS LIES AS WELL AS FAMILY & FRIENDS.

CPS PERFORMED RANDOM ALCOHOL & DRUG TEST ON THE PLAINTIFF. CPS SEARCHED THE HOME & CONDUCTED INTERVIEWS. THE PLAINTIFF TEST WERE NEGATIVE AND CPS FOUND THE CLAIMS OF ABUSE TO BE FALSE.

SUBSEQUENTLY THE CO-DEFENDANTS HAVE RETALIATED AGAINST THE PLAINTIFF FILING FALSE REPORTS OF STALKING. THE CO-DEFENDANTS HAVE COMMITTED PERJURY AND EVEN EXPOSED THE MINOR CHILDREN TO PORNOGRAPHIC AND POTENTIAL CHILD PEDOPHILE IN THE HOME. THE CO-DEFENDANTS CONTINUE TO HARASS THE PLAINTIFF.

### HARM CAUSED

3) The intentional infliction of mental anguish as a result of the false & malicious statements has ruined the plaintiffs dignity. The defendant caused emotional distress & made intentional strategic choices to make false & malicious statements to employers, CPS, and family causing issue with work & family.

The Supreme Court stated "We have emphasized, moreover, that the objective severity of harassment should be judged from the perspective of a reasonable person in the plaintiff position, considering "all the circumstances" (Harris, supra, at 23 114 S. Ct at 371).

The plaintiff has had to seek medical treatment and any reasonable can conclude that the false & malicious statements made by the defendants were made to harass, intimidate, and injure the plaintiffes, and his dignity.

The co-defendants have attempted to conceal their egregious acts by using the color of the law. The intentional infliction of emotional distress has caused trauma to the plaintiff & ruined his reputation as a pilot.

## RELIEF & PRAYERS

1) THAT THIS COURT AWARD $5,000,000.00 IN DAMAGES FOR LOST WAGES, ACTUAL DAMAGES, PAIN & SUFFERING, & PUNITIVE DAMAGES.

2) THAT THIS COURT AWARD ALL COST OF LITIGATION STEMMING FROM OR WITH THE DEFENDANTS INCLUDING BUT NOT LIMITED TO COURT COST, ATTORNEYS FEES, MEDICAL TREATMENT, REHABILITATIVE SERVICES, ETC.

3) THAT THIS COURT ORDER A RULE 35 PSYCHOLOGICAL EVALUATION ON THE DEFENDANTS.

4) THAT THIS COURT ORDER DAN OSKIN TO UNDERGO CHILD-PEDOPHILLIA TRAINING AND INPATIENT TREATMENT FOR EXPOSING HIS GENITALS TO PLAINTIFFS CHILDREN, AND REMOVED FROM THE PRESENCE OF THE CHILD(REN) UNTIL DEEMED SAFE - IF EVER.

5) FOR ALL OTHER RELIEF DEEM PROPER

## VERIFICATION

STATE OF TENNESSEE

COUNTY OF DAVIDSON

KENNETH M. ZEBLEY, AFTER FIRST BEING DULY SWORN, MAKES OATH THAT THE STATMENTS CONTAINED IN HIS FORGOING "COMPLAINT" ARE TRUE TO THE BEST OF HIS KNOWLEDGE, INFORMATION, AND BELIEF AND THAT HE BRINGS THIS PETITION NOT OUT OF LEVITY OR BY COLLUSION WITH THE DEFENDANTS, BUT IN SINCERITY AND TRUTH, AND FOR THE CAUSES MENTIONED THEREIN.

_____
KENNETH M. ZEBLEY

SWORN & SUBSCRIBED BEFORE ME ON THIS 4th DAY OF December,

_____
NOTARY PUBLIC                    MY COMMISSION EXPIRES 10/4/27

[Notary Seal: REGINALD STINSON, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, My Commission Expires 10-04-2027]

Ken Zebley
619 Neill Ave
Nashville TN 37206

US DISTRICT COURT CLERK
719 CHURCH ST SUITE #1300
NASHVILLE, TN 37203

RECEIVED
DEC 10 2024
U.S. District Court
Middle District of TN



